UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WINDRIVER INVESTMENTS, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:12-CV-454 (VARLAN/GUYTON) |
| LTR PROPERTIES, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on November 14, 2012 [Doc. 19]. In the R&R, Magistrate Judge Guyton recommends denying Plaintiff's Motion for Extension of Temporary Restraining Order [Doc. 7] as moot. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 19] and **DENIES AS MOOT** Plaintiff's Motion for Extension of Temporary Restraining Order [Doc. 7].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE